IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:25-CV-00368

UNITED THERAPEUTICS CORPORATION,

    *Plaintiff*,

  v.

LIQUIDIA TECHNOLOGIES, INC.,

    *Defendant*.

### PLAINTIFF UNITED THERAPEUTICS CORPORATION'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND REQUEST FOR ORAL ARGUMENT

Pursuant to Fed. R. Civ. P. 65 and 35 U.S.C. § 283, Plaintiff United Therapeutics Corporation ("UTC"), by and through undersigned counsel, respectfully moves for a Temporary Restraining Order ("TRO") and Preliminary Injunction ("PI") Order to enjoin Defendant Liquidia Technologies, Inc. ("Liquidia" or "Defendant") and its privies, subsidiaries, affiliates, officers, agents, servants, employees, attorneys, and those acting or attempting to act in concert with Liquidia from:

    1.    Infringing any asserted claim of U.S. Patent No. 11,357,782;

    2.    Making, using, manufacturing, marketing, storing, importing, distributing, offering for sale, and/or selling Liquidia's inhaled dry powder formulation of treprostinil, Yutrepia™, for the treatment of pulmonary arterial hypertension and pulmonary hypertension associated with interstitial lung disease; and

3. Promoting, advertising, marketing, distributing, or supplying Liquidia's inhaled dry powder formulation of treprostinil, Yutrepia™, so as to induce others' infringement.

UTC respectfully requests that the Court grant this Motion for Temporary Restraining Order and Preliminary Injunction Order for the reasons given in the accompanying Memorandum of Law. Pursuant to Local Rule 65.1(b), UTC respectfully requests leave to present oral argument in support of this Motion.

UTC's Motion for a Temporary Restraining and Preliminary Injunction is supported by the contemporaneously filed (1) Memorandum of Law; (2) Declaration of Steven D. Nathan, M.D. in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, dated May 9, 2025; and (3) Declaration of Frederic Selck, Ph.D., in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, dated May 9, 2025. A Proposed Order is attached.

This the 9th day of May, 2025.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

/s/ *Christopher G. Smith*
Christopher G. Smith
N.C. State Bar No. 22767
David A. Pasley
N.C. State Bar No. 52332SMITH,
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com
       dpasley@smithlaw.com

William C. Jackson*
D.C. Bar. No. 475200
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20001
Telephone: (202) 346-4000
Email: WJackson@goodwinlaw.com

Douglas H. Carsten*
CA Bar No. 198467
McDermott Will & Emery LLP
12636 High Bluff Drive, Suite 325
San Diego, CA 92130
Telephone: (619) 467-1802
Email: Dcarsten@mwe.com

*Notice of special appearance forthcoming*

*Attorneys for United Therapeutics Corporation*

3

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court using the CM/ECF system. I further hereby certify the foregoing documents are being served with the Complaint and accompanying documents via a designated delivery service pursuant to 26 U.S.C. § 7502(f)(2), addressed as follows:

Liquidia Technologies, Inc.
c/o Corporation Service Company
2626 Glenwood Ave., Ste 550
Raleigh NC 27608

Sanya Sukduang
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
*Attorney for Defendant Liquidia Technologies, Inc.*
*in related M.D.N.C. Case No. 1:25-cv-00299-TDS*

Dated: May 9, 2025

/s/ *Christopher G. Smith*
Christopher G. Smith
N.C. State Bar No. 22767
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com

*Attorneys for United Therapeutics Corporation*