# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

UNITED THERAPEUTICS CORPORATION

    v.

                                        Case Number:    1:25CV368

LIQUIDIA TECHNOLOGIES, INC.

## NOTICE OF HEARING

Take notice that a proceeding in this case has been **SET** as indicated below:

PLACE:                Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC
COURTROOM NO: 2
DATE & TIME:     May 20, 2025-2:00 p.m.*
PROCEEDING:     Hearing on Motion for Temporary Restraining Order

* Plaintiff's counsel is instructed to notify Defendants of date, time and place of hearing.

_____

Lawrence H. Cunningham, Clerk

By: /s/ Anita Engle, Deputy Clerk

Date: May 15, 2025

TO:    Plaintiff's Counsel