**Appendix B**
**Images from Yutrepia "Instructions for Use"**

