# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 1:25-CV-00368-TDS-JLW

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, *Plaintiff*, v. LIQUIDIA TECHNOLOGIES, INC., *Defendant*. | |

## LR 5.5 REPORT FOR THE FILING OF SEALED DOCUMENTS

[__] Conference: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

[__] Non-Parties: Because a non-party has produced documents pursuant to a protective order or is otherwise claiming confidentiality over documents filed or expected to be filed in this case, the conference included _____ (identify non-party).

[__] Default: The parties certify that few, if any, documents will be filed under seal. The parties agree to use the default procedures of LR 5.4(c). In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal.

[X] Alternative Proposal for Cases with Many Confidential Documents.

1

The parties certify that this case is in the preliminary stages, making it difficult to predict at this time the volume of material that may be filed under seal as the case proceeds. Accordingly, the parties agree to use the default procedures of LR 5.4(c) for now. In addition, if the party filing the motion to seal is not the party claiming confidentiality, the parties agree that the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two (2) days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by LR 5.4(c)(3) within 14 days of the motion to seal. The parties further certify that, in accordance with LR 5.4(b)(1)(a), they will discuss the possibility of sealed documents during the Rule 26(f) meeting and, should they determine that the case will involve many confidential documents, discuss the use of procedures other than the default procedures of LR 5.4(c).

[ ] Other relevant information: _____

This 22nd day of May, 2025.

COOLEY LLP

/s/ Stephen V. Carey
Stephen V. Carey
N.C. State Bar No. 52791
Corri A. Hopkins
N.C. State Bar No. 54856
Aislinn R. Klos
N.C. State Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Telephone: (919) 828-0564
Email:
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com


Sanya Sakduang
District of Columbia Bar No.469837
Jonathan Davies

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.

/s/ Christopher G. Smith
Christopher G. Smith
N.C. State Bar No. 22767
David A. Pasley
N.C. State Bar No. 52332
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com
       dpasley@smithlaw.com


William C. Jackson
D.C. Bar. No. 475200
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20001
Telephone: (202) 346-4000
Email: WJackson@goodwinlaw.com

District of Columbia Bar No. 990481  
Bonnie Fletcher Price  
District of Columbia Bar No. 888273638  
Jordan M. Landers  
District of Columbia Bar No. 90017997  
Haley Chow  
District of Columbia Bar No. 90027425  
1299 Pennsylvania Avenue, NW, Suite 700  
Washington, DC 20004-2400  
Telephone: (202) 842-7800  
Email:  
Ssakduang@cooley.com  
jdavies@cooley.com  
bfletcherprice@cooley.com  
jlanders@cooley.com  
hchow@cooley.com  

Douglas H. Carsten  
CA. Bar No. 198467  
McDermott Will & Emery LLP  
12636 High Bluff Drive, Suite 325  
San Diego, CA 92130  
Telephone: (619) 467-1802  
Email: Dcarsten@mwe.com  

*Attorneys for United Therapeutics Corporation*

*Attorneys for Liquidia Technologies, Inc.*