IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368

| United Therapeutics Corporation, | |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SUPPLEMENTAL INFORMATION |
| Liquidia Technologies, Inc., | |
| Defendant. | |

In connection with its Memorandum in Opposition to Plaintiff's Motion for Temporary Restraining Order (DE 34), Defendant Liquidia Technologies, Inc. provides notice to the Court that, today, May 23, 2025, the U.S. Food and Drug Administration granted final approval for Yutrepia™ (treprostinil) inhalation powder.

The 23rd day of May, 2025.

/s/ Stephen V. Carey
Stephen V. Carey (NC Bar No. 52791)
Corri A. Hopkins (NC Bar No. 54856)
Aislinn R. Klos (NC Bar No. 58309)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
Email: stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

Sanya Sukduang (Special Appearance)
Jonathan Davies (Special Appearance)
Bonnie Fletcher-Price (Special Appearance)
Jordan Landers (Special Appearance)
Haley Chow (Special Appearance)

1

2

COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel: 202.842.7800
Email:    ssukduang@cooley.com
             jdavies@cooley.com
             bfletcherprice@cooley.com
             jlanders@cooley.com
             hchow@cooley.com

*Counsel for Plaintiff Liquidia Technologies, Inc.*

2

PPAB 12401531v1

Case 1:25-cv-00368-TDS-JLW    Document 50    Filed 05/23/25    Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice of all attorneys of record.

This the 23rd day of May, 2025.

>  */s/ Stephen V. Carey*
> Stephen V. Carey (NC Bar No. 52791)
> PARKER POE ADAMS & BERNSTEIN LLP
> 301 Fayetteville Street, Suite 1400
> Raleigh, N.C. 27601
> Tel.: (919) 828-0564 | Fax: (919) 864-4564
> stevecarey@parkerpoe.com