IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368-TDS-JLW

| United Therapeutics Corporation, |
| --- |
| Plaintiff, |
| v. |
| Liquidia Technologies, Inc., |
| Defendant. |

**ORDER**

THIS MATTER is before the Court on the Motion to Seal filed by Defendant Liquidia Technologies, Inc. (Doc. No. __).

The Court GRANTS the Motion and ORDERS that Defendant Liquidia Technologies, Inc.'s Opposition to Plaintiff's Motion for Preliminary Injunction (Doc. No. __) shall remain provisionally under seal until such time as the Court rules on any motion filed by Plaintiff regarding permanent sealing.

IT IS SO ORDERED this ____ day of May, 2025.

_____
Thomas D. Schroeder, District Judge