IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:25-CV-00368

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>Defendant. | NOTICE OF CHANGE OF FIRM NAME |

PLEASE TAKE NOTICE that the firm of MCDERMOTT WILL & EMERY LLP, counsel for Plaintiff United Therapeutics Corporation, is now known as MCDERMOTT WILL & SCHULTE LLP. All contact information remains the same.

Dated: August 19, 2025

/s/ Douglas H. Carsten
Christopher G. Smith
N.C. State Bar No. 22767
David A. Pasley
N.C. State Bar No. 52332
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com
         dpasley@smithlaw.com

William C. Jackson
D.C. Bar. No. 475200
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20001
Telephone: (202) 346-4000
Email: WJackson@goodwinlaw.com

Douglas H. Carsten
CA Bar No. 198467
Art Dykhuis
CA Bar No. 302345
McDermott Will & Schulte LLP
12636 High Bluff Drive, Suite 325
San Diego, CA 92130

Eric T. Romeo
MA Bar No. 691591
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Email: eromeo@goodwinlaw.com

Gabriel B. Ferrante
N.Y. Bar No. 5855487
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Email: gferrante@goodwinlaw.com

Telephone: (619) 467-1802
Email: dcarsten@mwe.com
       adykhuis@mwe.com

Adam W. Burrowbridge
D.C. Bar No. 1001783
Timothy M. Dunker
D.C. Bar No. 1738375
McDermott Will & Schulte LLP
500 North Capitol Street NW
Washington, DC 20001
(202) 756-8797
Email: aburrowbridge@mwe.com
       tdunker@mwe.com

*Attorneys for United Therapeutics Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court using the CM/ECF system, which electronically served all counsel of record.

Dated: August 19, 2025

/s/ *Douglas H. Carsten*
Douglas H. Carsten
CA Bar No. 198467
McDermott Will & Schulte LLP
12636 High Bluff Drive, Suite 325
San Diego, CA 92130
Telephone: (619) 467-1802
Email: dcarsten@mwe.com

*Attorney for United Therapeutics Corporation*