IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368-TDS-JLW

| | |
|---|---|
| United Therapeutics Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Liquidia Technologies, Inc.,<br><br>    Defendant. | NOTICE OF SPECIAL APPEARANCE |

    PLEASE TAKE NOTICE that the undersigned, Wan-Shon Lo of the law firm of Morgan Lewis & Bockius, LLP, enters a special appearance on behalf of Defendant Liquidia Technologies, Inc. in this case. Ms. Lo is a member in good standing of the highest bar of Illinois. She is specially appearing in this action in accordance with Rule 83.1(d) of the Rules of Practice and Procedure of the U.S. District Court for the Middle District of North Carolina. The undersigned counsel agrees to comply with L.R. 83.1(d)(1)(i) and (ii), and appears in association with Stephen V. Carey, Corri A. Hopkins, and Aislinn R. Klos of the law firm of Parker Poe Adams & Bernstein LLP, who are members in good standing of the bar of this Court.

    By this notice, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 9th day of September, 2025.

*/s/ Wan-Shon Lo*
Wan-Shon Lo
Illinois State Bar No. 6293244
MORGAN LEWIS & BOCKIUS, LLP
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: 312-324-1000
Email: shon.lo@morganlewis.com

*/s/ Stephen V. Carey*
Stephen V. Carey
NC State Bar No. 52791
Corri A. Hopkins
NC Bar No. 54856
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Defendant Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same to counsel of record.

This the 9th day of September, 2025.

                                                        */s/ Wan-Shon Lo*
                                                        Wan-Shon Lo
                                                        Illinois State Bar No. 6293244
                                                        MORGAN LEWIS & BOCKIUS, LLP
                                                        110 North Wacker Drive
                                                        Chicago, IL 60606-1511
                                                        Phone: 312-324-1000
                                                        Email: shon.lo@morganlewis.com

                                                        *Counsel for Defendant Liquidia Technologies, Inc.*