IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368-TDS-JLW

| United Therapeutics Corporation, | |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF SPECIAL APPEARANCE |
| Liquidia Technologies, Inc., | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned, Michael J. Abernathy of the law firm of Morgan Lewis & Bockius, LLP, enters a special appearance on behalf of Defendant Liquidia Technologies, Inc. in this case. Mr. Abernathy is a member in good standing of the highest bar of Illinois. He is specially appearing in this action in accordance with Rule 83.1(d) of the Rules of Practice and Procedure of the U.S. District Court for the Middle District of North Carolina. The undersigned counsel agrees to comply with L.R. 83.1(d)(1)(i) and (ii), and appears in association with Stephen V. Carey, Corri A. Hopkins, and Aislinn R. Klos of the law firm of Parker Poe Adams & Bernstein LLP, who are members in good standing of the bar of this Court.

By this notice, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 18th day of September, 2025.

/s/ *Michael J. Abernathy*
Michael J. Abernathy
MORGAN LEWIS & BOCKIUS, LLP
Illinois State Bar No. 6183736
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: 312-324-1000
Email: mike.abernathy@morganlewis.com

/s/ *Stephen V. Carey*
Stephen V. Carey
NC State Bar No. 52791
Corri A. Hopkins
NC Bar No. 54856
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Plaintiff Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same to counsel of record.

This the 18th day of September, 2025.

/s/ Michael J. Abernathy
Michael J. Abernathy
MORGAN LEWIS & BOCKIUS, LLP
Illinois State Bar No. 6183736
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: 312-324-1000
Email: mike.abernathy@morganlewis.com

*Counsel for Plaintiff Liquidia Technologies, Inc.*