IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368-TDS-JLW

| | |
|---|---|
| United Therapeutics Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Liquidia Technologies, Inc.,<br><br>Defendant. | NOTICE OF SPECIAL APPEARANCE |

PLEASE TAKE NOTICE that the undersigned, Zachary Messick of the law firm of Morgan Lewis & Bockius, LLP, enters a special appearance on behalf of Defendant Liquidia Technologies, Inc. in this case. Mr. Messick is a member in good standing of the highest bar of California. He is specially appearing in this action in accordance with Rule 83.1(d) of the Rules of Practice and Procedure of the U.S. District Court for the Middle District of North Carolina. The undersigned counsel agrees to comply with L.R. 83.1(d)(1)(i) and (ii), and appears in association with Stephen V. Carey, Corri A. Hopkins, and Aislinn R. Klos of the law firm of Parker Poe Adams & Bernstein LLP, who are members in good standing of the bar of this Court.

By this notice, the undersigned counsel requests copies of all pleadings, discovery, notices, correspondence, and other filings submitted in connection with this matter.

This the 2nd day of October, 2025.

/s/ *Zachary Messick*
Zachary Messick
California Bar No. 347096
Morgan Lewis & Bockius, LLP
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel.: (714) 830-0600 | Fax.: (714) 830-0700
zachary.messick@morganlewis.com

/s/ *Stephen V. Carey*
Stephen V. Carey
NC State Bar No. 52791
Corri A. Hopkins
NC Bar No. 54856
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Defendant Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same to counsel of record.

This the 2nd day of October, 2025.

*/s/ Zachary Messick*
Zachary Messick
California Bar No. 347096
Morgan Lewis & Bockius, LLP
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel.: (714) 830-0600 | Fax.: (714) 830-0700
zachary.messick@morganlewis.com

*Counsel for Defendant Liquidia Technologies, Inc.*