# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>LIQUIDIA TECHNOLOGIES, INC. )<br>)<br>Defendant. ) | 1:25CV368 |

# NOTICE
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| PLACE: | **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC, Courtroom No. 2** |
| DATE & TIME: | **November 17, 2025 – 2:00 p.m.** |
| PROCEEDING: | **All pending motions** |

---

Lawrence H. Cunningham, Clerk

By: /s/ Debbie Blay, Case Manager

Date: October 28, 2025

TO: ALL COUNSEL AND/OR PARTIES OF RECORD