IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368-TDS-JLW

| | |
|---|---|
| United Therapeutics Corporation,<br><br>         Plaintiff,<br><br>v.<br><br>Liquidia Technologies, Inc.,<br><br>         Defendant. | **NOTICE OF SUPPLEMENTAL INFORMATION** |

  In connection with its Motion to Dismiss or, in the Alternative, Stay or Transfer (D.E. 28, 29; D.E. 58) and the discussion at the hearing on that Motion (*see* Hrg. Tr. (D.E. 76) at 34:3–40:19), Defendant Liquidia Technologies, Inc. ("Liquidia") respectfully submits trial testimony of United Therapeutics Corporation's expert Dr. Aaron B. Waxman (pages 622 and 678–80) and Liquidia's expert Dr. Nicholas Hill (pages 681, 698, and 704) in the case of *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, No. 20-755-RGA (D. Del. Mar. 30, 2022) ("*Hatch-Waxman* I").

  This the 1st day of December, 2025.

                */s/ Stephen V. Carey*
                Stephen V. Carey (NC Bar No. 52791)
                Corri A. Hopkins (NC Bar No. 54856)
                Aislinn R. Klos (NC Bar No. 58309)
                PARKER POE ADAMS & BERNSTEIN LLP
                301 Fayetteville Street, Suite 1400
                Raleigh, N.C. 27601
                Tel.: (919) 828-0564 | Fax: (919) 864-4564

stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

Sanya Sukduang (Special Appearance)
Jonathan Davies (Special Appearance)
Brittany Cazakoff (Special Appearance)
John Habibi (Special Appearance)
Jordan Landers (Special Appearance)
Rachel L. Preston (Special Appearance)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel: 202.842.7800
Email: ssukduang@cooley.com
jdavies@cooley.com
bcazakoff@cooley.com
jhabibi@cooley.com
jlanders@cooley.com
rpreston@cooley.com

*Counsel for Defendant Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice of the same addressed to all counsel of record.

This the 1st day of December, 2025.

*/s/ Stephen V. Carey*
Stephen V. Carey (NC Bar No. 52791)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com