# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CIVIL ACTION NO. 1:25-CV-00368-TDS-JLW

UNITED THERAPEUTICS
CORPORATION,

     *Plaintiff*,

     v.

LIQUIDIA TECHNOLOGIES, INC.,

     *Defendant*.

**JURY TRIAL DEMANDED**

## PLAINTIFF UNITED THERAPEUTICS CORPORATION'S
## MOTION TO CONSOLIDATE AND STAY PROCEEDINGS

Pursuant to Rule 42, Plaintiff United Therapeutics Corporation ("UTC") hereby respectfully moves for an order to consolidate and stay this proceeding with Liquidia Technologies Inc.'s ("Liquidia") earlier-filed '494 action[1] for the reasons set forth in the contemporaneously filed memorandum in support of this motion.

UTC contacted Liquidia through counsel who indicated that Liquidia opposes this motion.

[*Remainder of page intentionally left blank*]

---

[1] *Liquidia Techs. Inc. v. United Therapeutics Corp.*, No. 1:25-CV-00299 (filed Apr. 21, 2025) ("'494 Case").

This the 23rd day of January, 2026.

SMITH, ANDERSON,
BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

/s/ *Christopher G. Smith*
Christopher G. Smith
N.C. State Bar No. 22767
David A. Pasley
N.C. State Bar No. 52332
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com
          dpasley@smithlaw.com

William C. Jackson
D.C. Bar. No. 475200
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20001
Telephone: (202) 346-4000
Email: WJackson@goodwinlaw.com

Douglas H. Carsten
CA. Bar No. 198467 McDermott Will &
Emery LLP
12636 High Bluff Drive, Suite 325
San Diego, CA 92130
Telephone: (619) 467-1802
Email: Dcarsten@mwe.com

*Attorneys for United Therapeutics*
*Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court using the

CM/ECF system, which electronically served all counsel of record.


Dated: January 23, 2026.

<div style="margin-left: 40%;">

/s/ *Christopher G. Smith*
Christopher G. Smith
N.C. State Bar No. 22767
SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com


*Attorneys for United Therapeutics Corporation*

</div>