IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00368-TDS-JLW

| | |
|---|---|
| United Therapeutics Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Liquidia Technologies, Inc.,<br><br>    Defendant. | **NOTICE OF CHANGE OF FIRM AFFILIATION** |

Effective February 3, 2026, Jonathan Davies, counsel for Defendant Liquidia Technologies, Inc. ("Liquidia"), gives notice of the following new firm and contact information:

    Jonathan Davies
    NORTON ROSE FULBRIGHT US LLP
    799 9th Street NW, Suite 1000
    Washington, DC 20001
    (202) 662-0245
    jonathan.davies@nortonrosefulbright.com

Mr. Davies has conferred with Liquidia about his continued representation of Liquidia at his new law firm. Liquidia consents to continued representation by Mr. Davies.

This the 6th day of February, 2026.

                                       */s/ Jonathan Davies*
                                       Jonathan Davies (Special Appearance)
                                       NORTON ROSE FULBRIGHT US LLP
                                       799 9th Street NW, Suite 1000
                                       Washington, DC 20001
                                       (202) 662-0245
                                       jonathan.davies@nortonrosefulbright.com

/s/ Stephen V. Carey
Stephen V. Carey
NC State Bar No. 52791
Corri A. Hopkins
NC Bar No. 54856
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Defendant Liquidia Technologies, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same to counsel of record.

This the 6th day of February, 2026.

/s/ Jonathan Davies
Jonathan Davies (Special Appearance)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0245
jonathan.davies@nortonrosefulbright.com

*Counsel for Defendant Liquidia Technologies, Inc.*